Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>ENRIQUE MONTES, et al.,<br><br>          Defendants. | No.  1:14-cv-00072-LJO-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FLORA CORTES LEDEZMA DBA ROSY'S RESTAURANT ONLY; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **only Defendant Flora Cortes Ledezma dba Rosy's Restaurant** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 4, 2014                                        MOORE LAW FIRM, P.C.

                                                           */s/ Tanya E. Moore*
                                                           Tanya E. Moore
                                                           Attorneys for Plaintiff
                                                           Natividad Gutierrez

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only Defendant Flora Cortes Ledezma dba Rosy's Restaurant** be dismissed from this action with prejudice.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **March 4, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE